**Order filed October 17, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00610-CV
_____

**TROY BROWN, Appellant**

**V.**

**PALLETIZED TRUCKING, INC. AND SAIA, INC., Appellees**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-30947B**

---

## O R D E R

Appellant's brief was due September 9, 2013**.** No brief or motion for extension of time has been filed. Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **November 18, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM